UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD G. BOOKMAN,

                     Plaintiff,

-v-

MERRILL LYNCH,

                     Defendant.

No. 02 Civ. 1108 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/09

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT, by June 26, 2009, the parties shall submit a joint status letter regarding: (1) the parties' progress toward the resolution of this matter, and (2) the parties' availability for trial in August and September 2009. Upon receipt of the parties' letter, and if this matter is not resolved beforehand, the Court will set a deadline for the submission of a joint pretrial order pursuant to Rule 3.A of my Individual Practices and schedule a pretrial conference that will be conducted in mid-July.

SO ORDERED.

Dated:      June 16, 2009
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE